UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
RICHARD SOLANO,                                             Case No. 11-24595-RAM
    Debtor
_____/                             Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this <u>24TH</u> day of June 2011 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:<u>*/s/Robert Sanchez*</u>_____
       Robert Sanchez, Esq., FBN#0442161

Robin R. Weiner, Trustee
ECF Registered User

IndyMac Financial Services, Inc.
c/o Tony Ebers, CEO
888 E Walnut ST, 6th Floor
Pasadena, CA 91101

IndyMac Financial Services, Inc.
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301-2525

OneWest Bank
c/o Joseph Otting, CEO
888 East Walnut Street, 6th Floor
Pasadena, CA 91101

One West Bank
Corporation Service Company, R.A.
c/o Tony Ebers, CEO
1201 Hays Street, Tallahassee, FL 32301