**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-24595-RAM**

☐     1st      Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Richard Solano                           CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-1630              Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  60  months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A.  $ 1,441.57   for months  1  to  60 ;
  B.  $_____ for months _____ to _____;
  C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee   $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                   TOTAL PAID       $2,500.00
                   Balance Due      $ 1,750.00  payable $ 97.23  month (Months  1  to  18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. One West Bank                         Arrearage on Petition Date $ 9,266.03
Address 6900 Beatrice Dr                 Arrears Payment $ 147.83 /month (Months  1  to  18 )
        Kalamazoo, MI 49009              Arrears Payment $ 157.27 /month (Months  19 to  60 )
        Acct No. xxxxxx2965              Regular Payment $ 1,052.36 /month (Months  1  to  60 )

2. _____              Arrears Payment $_____
   _____              Arrears Payment $_____/month (Months ___ to ___)
   _____              Regular Payment $_____/month (Months ___ to ___)
                                         Arrears Payment $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| One West Bank<br>Loan No. xxxxx3887<br>Prop Add: 15111 SW 141 St Lane<br>Miami, FL 33196 | Homestead Property<br>$165,438.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a                              Total Due $_____
                                    Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 87.79  month (Months  19  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : _____
_____

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Robert Sanchez, Esq.*
Attorney for Debtor
Date: 09/12/11