B6D (Official Form 6D) (12/07)

In re **Richard Solano**                          Case No. __11-24595__

(if known)

— AMENDED —

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: XXXX2965<br><br>Onewest Bank<br>6900 Beatrice Dr<br>Kalamazoo, MI 49009 | | - | DATE INCURRED: 8/2006<br>NATURE OF LIEN: **1st Mortgage**<br>COLLATERAL: 15111 SW 141 Lane, Miami, FL 33177<br>REMARKS: Homestead Property.<br><br>VALUE: $165,438.00 | | | | $262,784.00 | $97,346.00 |
| ACCT #: XXXX3887<br><br>Onewest Bank<br>6900 Beatrice Dr<br>Kalamazoo, MI 49009 | | - | DATE INCURRED: 2/2007<br>NATURE OF LIEN: **2nd Mortgage**<br>COLLATERAL: 15111 SW 141 Lane, Miami, FL 33177<br>REMARKS: Homestead Property.<br><br>VALUE: $165,438.00 | | | | $67,965.00 | $67,965.00 |
| | | | Subtotal (Total of this Page) > | | | | $330,749.00 | $165,311.00 |
| | | | Total (Use only on last page) > | | | | $330,749.00 | $165,311.00 |

__No__ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)