UNITED STATES BANKRUPTCY COURT
Southern District of Florida (Miami)

IN RE:                                                   CASE NO. 11-24595-RAM
                                                              CHAPTER 13

**Richard Solano,**

      **Debtor(s).**

_____/

## TRANSFER OF CLAIM

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §501. Transferee hereby gives evidence and notice pursuant to Fed. R. Bankr. P. 3001(e)(2) of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ocwen Loan Servicing, LLC | IndyMac Mortgage Servicers |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to Transferee should be sent:**
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. BOX 24605
West Palm Beach FL 33416-4605
Phone: 1-855-689-7367

Court Claim # (if known): 3-1
Amount of Claim: $271,393.23
Date Claim Filed: 07/01/2011
Last Four Digits of Acct # 2965

**Name and Address where payments to Transferee should be sent:**
Ocwen Loan Servicing, LLC
ATTN: CASHIERING DEPARTMENT
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Phone   1-855-689-7367

**I DECLARE** under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

14-04042

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by U.S. mail, first-class postage prepaid and/or electronic transmission via CM/ECF on June 18, 2013 upon the following:

Mailing List

**Richard Solano**
15111 SW 141 Street Lane
Miami, FL 33196
MIAMI-DADE-FL

**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027

**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Robert Sanchez, Esq**
355 W 49 St.
Hialeah, FL 33012

                                                    Respectfully Submitted,
                                                    ROBERTSON, ANSCHUTZ & SCHNEID, PL
                                                    Attorney for Secured Creditor
                                                    6409 Congress Ave., Suite 100
                                                    Boca Raton, FL 33487
                                                    Phone: (561) 241-6901 Ext. 1091
                                                    Fax: (561)241-9181

                                                    By: _/s/ Anila S. Rasul_____
                                                    Anila S. Rasul, Attorney for Transferee

14-04042